United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-31207
Conference Calendar

_____

DEWAYNE ALBERT CROMPTON,

Petitioner-Appellant,

versus

CARL CASTERLINE,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-CV-1854
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Dewayne Albert Crompton, federal prisoner # 03502-090,
appeals from the district court's dismissal of his 28 U.S.C.
§ 2241 habeas petition. Crompton argues that his remedy under 28
U.S.C. § 2255 is inadequate and that he has satisfied the savings
clause requirements of that statute.

Crompton has not met the requisites for bringing a 28 U.S.C.
§ 2241 petition under the savings clause. See <u>Wesson v. U.S.</u>

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>Penitentiary Beaumont, TX</u>, 305 F.3d 343, 347 (5th Cir. 2002),

<u>cert. denied</u>, 123 S. Ct. 1374 (2003).

The judgment of the district court is AFFIRMED.